UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIWON HWANG,

                Plaintiff,

-against-

MERRICK GARLAND, Attorney General of the United States and TRACY RENAUD, USCIS Director,

                Defendants.

24-CV-3366 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: May 9, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge