UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIWON HWANG,

                Plaintiff,

-against-

MERRICK GARLAND, Attorney General of the United States and TRACY RENAUD, USCIS Director,

                Defendants.

24-CV-3366 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On May 9, 2024, the Court ordered that, within 60 days of service of the summons and complaint, "the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference." ECF No. 8. The docket reflects that Defendants were served on May 25, 2024. *See* ECF Nos. 10. Thus, the deadline for the parties to file the joint letter elapsed on August 5, 2024. The parties did not file anything by that date.

      IT IS HEREBY ORDERED that the parties comply with the Court's May 9 Order no later than **August 12, 2024.**

Dated: August 7, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge